

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**LEE M. PERLMAN**
Attorney at Law
1926 GREENTREE ROAD, SUITE 100
CHERRY HILL, NEW JERSEY  08003
856-751-4224
Attorney for Debtor

**Order Filed on March 20, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.:  18-12415

Chapter 13

Hearing Date:  3/20/18

Judge:  JNP

RE:  ROSA L. CAMPBELL

## ORDER TO CONDUCT 341(A)
## VIA POWER OF ATTORNEY

The relief set forth on the following pages, numbered two (2) through (2) is hereby
**ORDERED.**

**DATED: March 20, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**LEE M. PERLMAN**
**ATTORNEY AT LAW**
**1926 GREENTREE ROAD, SUITE 100**
**CHERRY HILL, NEW JERSEY  08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTOR, ROSA L. CAMPBELL**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
|  | : |  |
| RE: | : | CHAPTER 13 |
|  | : |  |
| ROSA L. CAMPBELL, | : | CASE NO.:  18-12415-JNP |
|  | : |  |
| Debtor | : | **ORDER TO CONDUCT 341(A)** |
|  | : | **VIA POWER OF ATTORNEY** |

This matter having been opened to the Court upon application of Lee M. Perlman, attorney for the debtor, and for good cause shown;

IT IS HEREBY ORDERED that debtor Rosa L. Campbell's Power of Attorney, Gwendolyn Favors, may appear on debtor's behalf at her 341 Meeting of Creditors.