UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**LEE M. PERLMAN**
Attorney at Law
1926 GREENTREE ROAD, SUITE 100
CHERRY HILL, NEW JERSEY  08003
856-751-4224
Attorney for Debtor

RE:  ROSA L. CAMPBELL



Order Filed on March 20, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-12415

Chapter 13

Hearing Date:  3/20/18

Judge:  JNP

## ORDER TO CONDUCT 341(A) VIA POWER OF ATTORNEY

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

**DATED: March 20, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**LEE M. PERLMAN**
**ATTORNEY AT LAW**
**1926 GREENTREE ROAD, SUITE 100**
**CHERRY HILL, NEW JERSEY 08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTOR, ROSA L. CAMPBELL**

|  | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY |  |
|---|---|---|
| RE: | : | CHAPTER 13 |
|  | : |  |
| ROSA L. CAMPBELL, | : | CASE NO.: 18-12415-JNP |
|  | : |  |
| Debtor | : | **ORDER TO CONDUCT 341(A)** |
|  | : | **VIA POWER OF ATTORNEY** |

    This matter having been opened to the Court upon application of Lee M. Perlman, attorney for the debtor, and for good cause shown;

    IT IS HEREBY ORDERED that debtor Rosa L. Campbell's Power of Attorney, Gwendolyn Favors, may appear on debtor's behalf at her 341 Meeting of Creditors.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Rosa L. Campbell  
    Debtor

Case No. 18-12415-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 | Date Rcvd: Mar 20, 2018 |
|---|---|---|---|
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2018.
db     +Rosa L. Campbell,    PO Box 654,    Pennsauken, NJ 08110-0654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2018 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Lee Martin Perlman    on behalf of Debtor Rosa L. Campbell ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
    Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
   TOTAL: 5