**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

U.S. BANKRUPTCY COURT
CAMDEN, NJ

2018 APR 11 P 3: 33

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

In re:

Rosa Lee Campbell,

    Debtor.

Case No.: 18-124-15 JNP

Chapter: 13

## MOTION REQUESTING THIS COURT DENY THE CONFIRMATION OF THE CHAPTER 13 PLAN.

The debtor shows that she did not grant Gwendolyn Favors or Jenetta Campbell Johnson purported P.O.A (Power Of Attorney) that the defendants forged Overseer Rosa L. Campbell's name, to effectuate this scam, forging, and or artifice/scheme to obtain property of Mrs. Rosa Campbell.

Further, Mrs. Campbell did not approve or give consent to Mrs. Jenetta Campbell, Mrs. Favors or attorney Lee Perlman, Esquire, to file a bankruptcy petition. Mrs. Rosa L. Campbell told attorney Lee Perlman Esquire she did not want to file a bankruptcy nor did she give him consent to file a chapter 13 bankruptcy. Attorney Perlman used a bogus, fraudulent Power Of Attorney by Mrs. Favors to override Mrs. Rosa L. Campbell's directives. Mrs. Campbell has been examined by a certified and licensed physician; who has declared that Mrs. Rosa Lee Campbell

is competent, and able to handle her own affairs. (a copy attached). Mrs. Rosa Lee Campbell has appointed her granddaughter, Mrs. Lanice Allison-Harrison, as her Power of Attorney.

For the foregoing reasons the debtor Mrs. Rosa L. Campbell request that this court will deny this chapter 13 plan confirmation.

4/9/18
(DATE)

Mrs. Rosa L. Campbell
72 Cedars Glen Way
Villa Rica, GA 30180

## CERTIFICATE OF SERVICE

I have mailed a true and correct copy of this foregoing **Motion Objecting To The Confirmation of the Chapter 13 Plan to all interested parties as follows:**

Gwendolyn C. Favors
498 N. 35th Street
Camden, NJ 08105

Jenetta C. Johnson
3811 Caverow Road
Pennsauken, NJ 08110

Attorney Lee M. Perlman, Esq.

1926 Greentree Road, Ste. 100

Cherry Hill, NJ 08003

                                                               _____

                                                               Mrs. Rosa Lee Campbell

DebtEd, SUPDIS

# U.S. Bankruptcy Court
## District of New Jersey (Camden)
### Bankruptcy Petition #: 18-12415-JNP
Internal Use Only

*Date filed:* 02/06/2018
*341 meeting:* 03/08/2018
*Deadline for filing claims:* 04/17/2018

*Assigned to:* Judge Jerrold N. Poslusny Jr.
Chapter 13
Voluntary
Asset

*Debtor*
**Rosa L. Campbell**
PO Box 654
Pennsauken, NJ 08110
CAMDEN-NJ
SSN / ITIN: 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
*aka* **Rosa H. Campbell**
*aka* **Rosa Hannah**

represented by **Lee Martin Perlman**
Lee M. Perlman
1926 Greentree Road
Suite 100
Cherry Hill, NJ 08003
(856) 751-4224
Fax : (856) 751-4226
Email: ecf@newjerseybankruptcy.com

*Trustee*
**Isabel C. Balboa**
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

*U.S. Trustee*
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
(973) 645-3014

| Filing Date | # | Docket Text |
|---|---|---|
| 02/06/2018 | 1 | Chapter 13 Voluntary Petition Filed by Lee Martin Perlman on behalf of Rosa L. Campbell. (Perlman, Lee) (Entered: 02/06/2018) |
| 02/06/2018 | | Receipt of filing fee for Voluntary Petition (Chapter 13)( 18-12415) [misc,volp13a] ( 310.00) Filing Fee. Receipt number A35746422, fee amount $ 310.00. (re: Doc#1) (U.S. Treasury) (Entered: 02/06/2018) |
| 02/06/2018 | 2 | Chapter 13 Plan. Filed by Lee Martin Perlman on behalf of Rosa L. Campbell. (Perlman, Lee) (Entered: 02/06/2018) |
| 02/06/2018 | 3 | Certificate of Credit Counseling filed by Lee Martin Perlman on behalf of Rosa L. Campbell. (Perlman, Lee) (Entered: 02/06/2018) |
| 02/07/2018 | 4 | Meeting of Creditors and Notice of Appointment of Trustee Isabel C. Balboa, with 341(a) meeting to be held on 03/08/2018 at 09:00 AM at Cherry Hill Chapter 13 (Camden).Complaint to determine dischargeability of certain debts deadline: 05/07/2018. Proof of claim due by 04/17/2018. (Entered: 02/07/2018) |

| Date | Doc # | Description |
|---|---|---|
| 02/07/2018 | | Clerk's Evidence of Previous Dismissal. 11 U.S.C. section 362(c)(3). The Debtor had one case pending within the preceding one year period but was dismissed. See case 15-20594. (ld) (Entered: 02/07/2018) |
| 02/07/2018 | | Remark. Debtor's Street Address: 3811 Caverow Avenue, Pennsauken, NJ 08110. (jpl) (Entered: 02/07/2018) |
| 02/07/2018 | 5 | Confirmation Hearing Scheduled (related document:2 Chapter 13 Plan. Filed by Lee Martin Perlman on behalf of Rosa L. Campbell.). Confirmation hearing to be held on 4/18/2018 at 09:00 AM at JNP - Courtroom 4C, Camden. Last day to Object to Confirmation 4/11/2018. (jpl) (Entered: 02/07/2018) |
| 02/09/2018 | 6 | BNC Certificate of Notice - Chapter 13 Confirmation Hearing No. of Notices: 7. Notice Date 02/09/2018. (Admin.) (Entered: 02/10/2018) |
| 02/09/2018 | 7 | Notice and Order to Pay Trustee No. of Notices: 1. Notice Date 02/09/2018. (Admin.) (Entered: 02/10/2018) |
| 02/09/2018 | 8 | BNC Certificate of Notice - Meeting of Creditors. No. of Notices: 6. Notice Date 02/09/2018. (Admin.) (Entered: 02/10/2018) |
| 02/09/2018 | 9 | BNC Certificate of Notice - Chapter 13 Plan No. of Notices: 7. Notice Date 02/09/2018. (Admin.) (Entered: 02/10/2018) |
| 02/12/2018 | 10 | Motion re: For Continuation of Automatic Stay Filed by Lee Martin Perlman on behalf of Rosa L. Campbell. Hearing scheduled for 3/6/2018 at 10:00 AM at JNP - Courtroom 4C, Camden. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Perlman, Lee) (Entered: 02/12/2018) |
| 02/23/2018 | 11 | Notice of Appearance and Request for Service of Notice filed by Rebecca Ann Solarz on behalf of MidFirst Bank. (Solarz, Rebecca) (Entered: 02/23/2018) |
| 02/26/2018 | 12 | Motion re: to Conduct 341(a) Via Power of Attorney Filed by Lee Martin Perlman on behalf of Rosa L. Campbell. Hearing scheduled for 3/20/2018 at 10:00 AM at JNP - Courtroom 4C, Camden. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (Perlman, Lee) (Entered: 02/26/2018) |
| 03/06/2018 | | Minute of 3/6/2018, OUTCOME - Granted, Order Signed (related document(s): 10 Motion (Generic) filed by Rosa L. Campbell) (dac) (Entered: 03/06/2018) |
| 03/06/2018 | 13 | Order Granting Motion For Continuation of Automatic Stay. (Related Doc # 10). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/6/2018. (cmf) (Entered: 03/06/2018) |
| 03/08/2018 | 14 | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 03/08/2018. (Admin.) (Entered: 03/09/2018) |
| 03/19/2018 | 15 | Objection to Confirmation of Plan (related document:2 Chapter 13 Plan. Filed by Lee Martin Perlman on behalf of Rosa L. Campbell. filed by Debtor Rosa L. Campbell) filed by Denise E. Carlon on behalf of MidFirst Bank. (Attachments: # 1 Exhibit # 2 Certificate of Service) (Carlon, Denise) (Entered: 03/19/2018) |
| 03/20/2018 | | Minute of 3/20/2018, OUTCOME - Granted, Order Signed (related document(s): 12 Motion (Generic) filed by Rosa L. Campbell) (dac) (Entered: 03/20/2018) |
| 03/20/2018 | 16 | Order Granting Motion to Conduct 341(a) Via Power of Attorney. (Related Doc # 12). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/20/2018. (cmf) (Entered: 03/20/2018) |
| 03/22/2018 | 17 | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 03/22/2018. (Admin.) (Entered: 03/23/2018) |