UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Rosa L. Campbell

Debtor(s),

Case No.: 18-12415
Adv. No.:
Judge: JNP
Chapter: 13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Motion to Strike Order Allowing Power of Attorney

**Location of Hearing:** Courtroom No. 4C
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:** 5/8/2018 at 10:00 am,
or as soon thereafter as counsel may be heard.

**Please note that the movant must timely serve a copy of the motion/application on all relevant parties, including the trustee, advising them of the hearing date and time listed above. The movant must also file a certificate of service with the court stating that all parties were served and advised of the hearing date and time. Also note that the movant must attend the hearing or the motion may be denied. If you have any questions, please contact Chris Fowler at 856-361-2315.**

DATED: 4/13/2018          JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on April 13, 2018 the foregoing notice was served on the following:

Debtor, Attorney for Debtor, Trustee

JAMES J. WALDRON, Clerk